IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GARY ARTERS, )<br>)<br>Defendant. ) | Criminal Action No. 05-84 |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

From on or about November 30, 2002 through on or about April 26, 2003, in the State and District of Delaware, GARY ARTERS, defendant herein, did knowingly and with intent to defraud effect transactions, with one or more access devices issued to another person, to wit, by allowing twenty (20) credit card transactions using VISA card number XXXX XXXX XXXX 9064 and MASTERCARD number XXXX XXXX XXXX 6318, issued by Providian Financial Corporation in the name of Charles Geiger, to be run through Preferred Rentals' merchant credit card account number XXXX XXXX XXXX 1483 with Nova Information Systems, Inc., when ARTERS then and there well knew that Preferred Rentals had performed no services for which such payments were due or for which transactions were authorized, and for which transactions ARTERS received payment and other things of value during the one year period from November, 2002 through November, 2003,



FILED

SEP 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

the aggregate value of which is greater than $1,000 and which transactions affected interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(5).

                              COLM F. CONNOLLY
                              United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: September 7, 2005