

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  
*1007 N. Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

September 19, 2005

**VIA CM/ECF**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:    <u>United States v. Gary Arters - 05-84-SLR</u>

Dear Chief Judge Robinson:

    In anticipation of the change of plea hearing in the above-captioned case, scheduled for September 28, 2005, at 4:30 p.m. before your Honor, enclosed please find the proposed Memorandum of Plea Agreement between the government and the defendant. Pursuant to this agreement, Mr. Arters will waive indictment and plead guilty to a one Count Information, previously filed with the Court. The Information charges Mr. Arters with fraud in connection with access devices (credit card fraud), in violation of Title 18, United States Code, Section 1029(a)(5), which carries a maximum sentence of 15 years imprisonment, a $250,000 fine, up to 5 years of supervised release following any term of imprisonment, and a $100 special assessment.

    Please contact me should your Honor have any questions.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

    BY: *(signature)*
    Shannon Thee Hanson
    Assistant United States Attorney

Enclosure

cc:  John Malik, Esq. (via CM/ECF)
     Clerk, U.S. District Court