IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-084-SLR |
| | ) |
| GARY ARTERS, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 19th day of September, 2005, having been advised by counsel that defendant intends to enter a plea of guilty to the information filed against him;

IT IS ORDERED that a plea hearing is scheduled for **Wednesday, September 28, 2005** at **4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge