IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-84-SLR |
| GARY ARTERS | : |
| Defendant. | : |

## RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States discloses that NOVA Information Systems, Inc., one of the organizational victims in this case, is a Georgia corporation with a principal place of business in Atlanta, Georgia, with the operations center located in Knoxville, Tennessee. NOVA Information Systems, Inc. is a wholly owned subsidiary of U.S. Bank, N.A., which has a principal place of business in Cincinnati, Ohio. U.S. Bank, N.A., is a wholly owned subsidiary of U.S. Bancorp, Inc. a publicly traded company, with its stock listed and traded on the New York Stock Exchange. There are no entities which hold or own in excess of 10 percent of the ownership of U.S. Bancorp.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: September 28, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Act. No. 05-84-SLR |
| | ) | |
| GARY ARTERS, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE

I, Cynthia McMichael, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 28th day of September, 2005, I electronically filed a **RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filings to the following:

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801

Cynthia L. McMichael
Legal Assistant
cynthia.mcmichael@usdoj.gov