AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| GARY ARTERS | Case Number: 05CR084-SLR |

(Name and Address of Defendant)   REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building | #100 U.S. Marshal's Office - Deft. |
| 844 N. King Street | To Report By: 4:00 p.m. |
| Wilmington, DE 19801 | Date and Time |
| Before: THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | 9/28/05 at 4:30 p.m. |

To answer a(n)
☐ Indictment   x Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title  18  United States Code, Section(s)  1029(a)(5)

Brief description of offense:

ACCESS DEVICE FRAUD

FILED
OCT - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

_Francesca Pavone_, Deputy Clerk         9/20/05
Signature of Issuing Officer                Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Via Cert. mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  9-30-05
         Date

DW Thomas
Name of United States Marshal

BTFahey
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gary Arters
   
   Bear, DE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0006 7675 9794

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Gary Arters_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4  _Bear de_

7002 2410 0006 7675 9794

PS Form 3800, June 2002    See Reverse for Instructions